UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Bradly Allen McHorse,

      Plaintiff,

v.                                                       Civil No. 15–3989 (JNE/LIB)
                                                     ORDER

Minnesota Department of Human
Services and Emily Johnson Piper,
Commissioner,

      Defendants.

This matter is before the Court on a Report and Recommendation issued by the Honorable Leo Brisbois, United States Magistrate Judge, on January 22, 2016. No objection to the Report and Recommendation has been filed. The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Report and Recommendation.

      Therefore, IT IS ORDERED THAT:

1.     Plaintiff's application to proceed in forma pauperis [Docket No. 2] is DENIED.

2.     The Report and Recommendation [Docket No. 10] is ADOPTED.

3.     This action is DISMISSED WITHOUT PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  February 17, 2016

                                                         s/Joan N. Ericksen
                                                         JOAN N. ERICKSEN
                                                         United States District Judge